UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JERRAD ELLSBERRY																	PLAINTIFF

VERSUS																	CIVIL ACTION NO. 1:21CV377-RPM

LACHELLE ERICA CARTER et al																	DEFENDANTS

## FINAL JUDGMENT

In accordance with the requirement for a separate document pursuant to Federal Rule of Civil Procedure 58(a); and in light of the Court's order [49] granting Defendant Matthew Burrell's motion for judgment on the pleadings and the Court's memorandum and opinion granting the motion for summary judgment filed by Defendants LaChelle Erica Carter and Stone County, the Court hereby enters its Final Judgment in the above-captioned matter.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's 42 U.S.C. § 1983 civil rights complaint is dismissed with prejudice as to all claims and all defendants.

SO ORDERED AND ADJUDGED, this the 22nd day of August 2023.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE